**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| *Plaintiffs*, | Consolidated Case No. 1:02cv00107 |
| THE SIERRA CLUB; MARILYN WALL, | Judge Spiegel |
| *Plaintiffs*, | |
| v. | |
| HAMILTON COUNTY BOARD OF COUNTY COMMISSIONERS; CITY OF CINCINNATI, | |
| *Defendants*. | |

**NOTICE OF APPEARANCE**

Mark. A. Norman, Phillip J. Smith, Theodore A. Boggs and the law firm of Vorys, Sater, Seymour and Pease LLP hereby give notice of their appearance as trial counsel on behalf of defendant, the Board of County Commissioners of Hamilton County, Ohio.

Respectfully submitted,


s/Phillip J. Smith
Mark A. Norman     (0012033)
Phillip J. Smith      (0062942)
Theodore A. Boggs   (0032905)
VORYS, SATER, SEYMOUR AND PEASE LLP
Suite 2000, Atrium Two
221 East Fourth Street
Cincinnati, Ohio  45202
(513) 723-4000
(513) 723-4056 (Facsimile)
manorman@vorys.com
pjsmith@vorys.com
taboggs@vorys.com

Trial Attorneys for Defendant,
The Board of County Commissioners of
Hamilton County, Ohio

**OF COUNSEL:**

Nee Fong Chin        (0038095)
William P. Heile     (0024210)
HAMILTON COUNTY PROSECUTOR'S OFFICE
230 E Ninth Street
Suite 4000
Cincinnati, OH 45202-2151
(513) 946-3000
(513) 946-3017(Facsimile)
neefong.chin@hcpros.org
peter.heile@hcpros.org

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel, this 11th day of December 2007:

D. David Altman
Amy J. Leonard
D. DAVID ALTMAN CO., LPA
15 East Eighth Street
Suite 200 W
Cincinnati, OH 45202

Rita J. McNeil
Terrance A. Nestor
CITY OF CINCINNATI
801 Plum Street
Room 214 City Hall
Cincinnati, OH 45202

Albert J. Slap
LAW OFFICE OF ALBERT J. SLAP
816 Glen Eagle Drive
Aspen, CO  81611

Leslie Allen
Environmental Enforcement Section
Environment and Natural Resources Div
UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 7611
Washington, DC 20044-7611

Gregory Lockhart
UNITED STATES ATTORNEY'S OFFICE
PO Box 280
200 W Second Street
Room 602
Dayton, OH 45402

Thomas L Sansonetti
Assistant Attorney General
Environment and Natural Resources Div
UNITED STATES DEPARTMENT OF JUSTICE
10th & Pennsylvania Avenue N.W.
Washington, DC 20530

Gary Prichard
Associate Regional Counsel
US EPA
Region 5 (C-14J)
77 West Jackson Blvd
Chicago, IL 60604-3590

Donetta D. Wiethe
U.S. DEPARTMENT OF JUSTICE
Suite 400, Atrium Two
221 East Fourth Street
Cincinnati, OH 45202

Caleb Brown, Jr.
527 Linton Street
Cincinnati, OH 45219

J. Steven Justice
TAFT, STETTINIUS & HOLLISTER
110 North Main St., Suite 900
Dayton, OH 45402

Arthur W. Harmon, Jr.
HARMON, DAVIS & ASSOCIATES
1200 Cypress Street
Cincinnati, OH 45206

Margaret A. Malone
OHIO ATTORNEY GENERAL
Environmental Enforcement Section
30 East Broad Street
25th Floor
Columbus, OH 43215-3428

Jessica L. Powell
LEGAL AID SOCIETY OF CINCINNATI
215 East Ninth Street
Suite 200
Cincinnati, OH 45202-2122

                       s/Phillip J. Smith
                       Phillip J. Smith    (0062942)