IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>THE STATE OF OHIO AND OHIO )<br>VALLEY WATER SANITATION   )<br>COMMISSION,                 )<br>                            )<br>     Plaintiffs,            )<br>                            )<br>vs.                         )<br>                            )<br>THE BOARD OF COUNTY         )<br>COMMISSIONERS OF            )<br>HAMILTON COUNTY, OHIO       )<br>AND THE CITY OF CINCINNATI, )<br>                            )<br>     Defendants.            ) | Civil Action No. C-1-02-107<br><br>Judge S. Arthur Spiegel<br><br><br><br>**NOTICE OF FILING OF ATTACHMENTS TO MOTION TO ADMIT PRO HAC VICE** |

Please take notice that Christopher D. Wiest, Esq. hereby gives notice of the filing of attachments to the motion to admit Andrew L. Kolesar Pro Hac Vice.

Respectfully submitted,

*/s/ Christopher D. Wiest*
Christopher D. Wiest (#0077931)
Chris.Wiest@ThompsonHine.com
THOMPSON HINE LLP
312 Walnut St., 14th Floor
Cincinnati, Ohio 45202
(513) 352-6660 - Phone
(513) 241-4771 – Fax

*One of the Attorneys for
City of Cincinnati, Ohio*

11331115.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2008, a copy of the foregoing was filed electronically with the Court's Case Management/Electronic Case Files (CM/ECF) docketing system. Notice of this filing will be sent by operation of the CM/ECF system. Parties may access this filing through the CM/ECF system. The following were served with the foregoing on August 11, 2008 by U.S. Mail:

Gregory Lockhart
U.S. Attorney's Office
P.O. Box 280
200 W. Second St., Rm. 602
Dayton, Ohio 45402

Thomas L. Sansonetti
Assistant Attorney General
Environmental and Natural Resource Division
U.S. Department of Justice
10th & Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Betty J. Brown
428 Glenwood Ave.
Cincinnati, Ohio 45229

Stephanie Mueller
3225 Westbrook Dr., Apt. 1
Cincinnati, Ohio 45238

Charles Thompson
3294 Greenway Ave.
Cincinnati, Ohio 45248

Ada Washington
11667 Mill Rd.
Cincinnati, Ohio 45240

Amy Jo Leonard
D. David Altman Co., LPA
15 East Eighth Street, Suite 200 W
Cincinnati, Ohio 45202

/s/Christopher D. Wiest
*One of the Attorneys for*
*City of Cincinnati, Ohio*