IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>THE STATE OF OHIO AND OHIO )<br>VALLEY WATER SANITATION )<br>COMMISSION, )<br>  )<br>  Plaintiffs, )<br>  )<br>vs. )<br>  )<br>THE BOARD OF COUNTY )<br>COMMISSIONERS OF )<br>HAMILTON COUNTY, OHIO )<br>AND THE CITY OF CINCINNATI, )<br>  )<br>  Defendants. ) | Civil Action No. C-1-02-107<br><br>Judge S. Arthur Spiegel<br><br>**AFFIDAVIT OF ANDREW L. KOLESAR** |

STATE OF OHIO        )
                     ) SS:
CITY OF CINCINNATI   )

I, Andrew L. Kolesar, Esq., having been duly cautioned and sworn, hereby affirm:

1. I am a partner practicing with the law firm of Thompson Hine LLP, 312 Walnut Street, 14th Floor, Cincinnati, Ohio 45202, Telephone: (513) 352-6700, Facsimile: (513) 241-4771.

2. I am admitted to the practice of law before, and am a member in good standing of, the bar of the highest court in the State of Ohio. I was licensed to practice law in Ohio in 1997 and my Ohio bar number is 0067927. A certificate of good standing is attached. I am also admitted to the practice of law before, and am a member in good standing of the bars of Washington, D.C. and the Commonwealth of Kentucky.

3. I agree to be subject to the jurisdiction of this Court, and to abide by the Federal Rules of Civil Procedure and the Local Rules of this Court.

FURTHER AFFIANT SAYETH NAUGHT

_____
Andrew L. Kolesar

SWORN TO BEFORE ME and subscribed in my presence this 25TH day of July, 2008.

_____
Notary Public

My Commission Expires: _____

DEBORAH S. FOSTER
Notary Public, State of Ohio
My Commission Expires Mar. 16, 2009

2

# The Supreme Court of Ohio

## CERTIFICATE

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Andrew L. Kolesar

was admitted to the practice of law in Ohio on October 21, 1997; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 17th day of July, 2008.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Registration Specialist*