IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>THE STATE OF OHIO AND OHIO )<br>VALLEY WATER SANITATION )<br>COMMISSION, )<br>            )<br>     Plaintiffs,    )<br>            )<br>vs.          )<br>            )<br>THE BOARD OF COUNTY   )<br>COMMISSIONERS OF    )<br>HAMILTON COUNTY, OHIO  )<br>AND THE CITY OF CINCINNATI, )<br>            )<br>     Defendants.    ) | Civil Action No. C-1-02-107<br><br>Judge S. Arthur Spiegel<br><br><br><br>**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF ANDREW L. KOLESAR** |

Having reviewed counsel for Defendant The City of Cincinnati's Motion for Admission *Pro Hac Vice* of Andrew L. Kolesar, Esq., it is hereby ORDERED that Andrew L. Kolesar, Esq., be admitted to this Court *pro hac vice* and participate in this case as counsel for The City of Cincinnati for all purposes, including but not limited to, arguments, pretrial and trial of this action.

IT IS SO ORDERED:

_____
Judge S. Arthur Spiegel